158 A.3d 584

ANTONY CARCHIA, PLAINTIFF–PETITIONER, v. DIRECTOR KENNETH C. GREEN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AND STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS, EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN, DEFENDANTS–RESPONDENTS.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001270–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.